*O. Marberry, Jr.* for petitioner. *Acting Solicitor General Stern, Harry N. Routzohn* and *Bessie Margolin* for respondent.

No. 238, Misc. WARD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 352, Misc. WALLACE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 396, Misc. MANGO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 403, Misc. ELCHIBEGOFF *v.* UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern, Assistant Attorney General Burger, Samuel D. Slade* and *Benjamin Forman* for the United States.

No. 405, Misc. CURRENT *v.* HUDSPETH, WARDEN. Supreme Court of Kansas. Certiorari denied.

No. 408, Misc. MAHLER *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 412, Misc. DARMAN *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 414, Misc. OLIVER *v.* MOORE, WARDEN. Court of Criminal Appeals of Texas. Certiorari denied.